MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00121-DB |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| GRAHAM WINTERS HETTINGER, | DATE: November 10, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on November 3, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to January 26, 2021, at 2:00 p.m.

2. Defendant shall appear at that date and time before the Magistrate Judge on duty, Magistrate Judge Delaney.

3. The time by which the government shall be required to present an indictment in this matter under the Speedy Trial Act shall be excluded between November 10, 2020 and January 26, 2020 be excluded pursuant to 18 U.S.C. § 3161(b) & (h)(7)(A), (B)(iv), Local Code T-4

IT IS SO ORDERED.

Dated: November 5, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE