1 | MCGREGOR W. SCOTT
United States Attorney
2 | GRANT B. RABENN
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00121-DB |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| GRAHAM WINTERS HETTINGER, | DATE: January 26, 2021
TIME: 2:00 p.m.
COURT: Hon. |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on January 20, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

///
///
///
///
///
///
///
///

[PROPOSED] FINDINGS AND ORDER

1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 15, 2021, at 2:00 p.m.

2. Defendant shall appear at that date and time before the Magistrate Judge on duty.

3. The time by which the government shall be required to present an indictment in this matter under the Speedy Trial Act shall be excluded between January 26, 2021 and June 15, 2021 be excluded pursuant to 18 U.S.C. § 3161(b) & (h)(7)(A), (B)(iv), Local Code T-4

IT IS SO ORDERED.

Dated:  January 25, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE