1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00121-DB
11 | Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME
12 | v. |
13 | GRAHAM HETTINGER, |
14 | Defendant. | DATE: July 27, 2021
   |   | TIME: 2:00 p.m.
   |   | COURT: Hon. Deborah Barnes
15

16
17         The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
18  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 23, 2021. The
19  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,
20  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule
21  5.1(d) of the Federal Rules of Criminal Procedure.
22         Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
23  of justice served by granting this continuance outweigh the best interests of the public and the defendant
24  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would
25  not adversely affect the public interest in the prompt disposition of criminal cases.
26  ///
27  ///
28  ///

   [PROPOSED] FINDINGS AND ORDER                                1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to October 29, 2021, at 2:00 p.m.

2. The time between July 27, 2021, and October 29, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. The defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: July 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE