Case 2:21-cr-00215-JAM   Document 29   Filed 08/05/21   Page 1 of 1

# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| UNITED STATES<br>Plaintiff (s),<br>V.<br>GRAHAM HETTINGER<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:20-mj-00121-DB |

Notice is hereby given that, subject to approval by the court, __GRAHAM HETTINGER__ substitutes
(Party (s) Name)

__Patrick K. Hanly__, State Bar No. __128521__ as counsel of record in place
(Name of New Attorney)

place of __Olaf Hedberg__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Patrick K. Hanly
Address: 455 Capitol Mall #325
Telephone: 916-773-2211         Facsimile
E-Mail (Optional):

I consent to the above substitution.                    /s/ Graham Hettinger
Date: August 1, 2021                                    Graham Hettinger
                                                        (Signature of Party (s))

I consent to being substituted.                         /s/ Olaf Hedberg
Date: August 1, 2021                                    Olaf Hedberg
                                                        (Signature of Former Attorney (s))

I consent to the above substitution.                    /s/ Patrick K. Hanly
Date: August 1, 2021                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 4, 2021                                    HONORABLE U.S. MAGISTRATE JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**