PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00215-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GRAHAM HETTINGER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Graham Hettinger, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on, December 6, 2021, with time excluded under the Speedy Trial Act through that date. ECF No. 42. The Court recently issued a related case order and vacated all future hearing dates previously set. ECF No. 44.

2. By this stipulation, the defendant now moves to set a status conference for February 8, 2022, and to exclude time between December 6, 2021, and February 8, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes hundreds of pages of documents, photographs, spreadsheets, and the like. It also includes complex data regarding dark web sites, encrypted messaging applications, and physical

evidence associated with packaging and mailing narcotics through the mail.  All of this discovery has been either produced directly to counsel or made available for inspection and copying.

   b) Counsel for the defendant desires additional time to consult with his client, review discovery, conduct investigation and research related to the charges, review and copy discovery, discuss and explore potential resolutions with his client and the government, and otherwise prepare for trial.

   c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2021, to February 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 17, 2021            PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    /s/ SAM STEFANKI
                                    SAM STEFANKI
                                    Assistant United States Attorney


Dated: November 17, 2021            /s/ PATRICK K. HANLY
                                    PATRICK K. HANLY
                                    Counsel for Defendant
                                    GRAHAM HETTINGER


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of November, 2021. The Court further ORDERS the matter set for status at 9:30 a.m. on February 8, 2022, before the Honorable John A. Mendez.

                                    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE