PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>GRAHAM HETTINGER,<br><br>                    Defendant. | CASE NO. 2:21-CR-00215-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 28, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Graham Hettinger, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on June 28, 2022.

2.  By this stipulation, the defendant now moves to continue the status conference until August 30, 2022, at 9:30 a.m., and to exclude time between June 28, 2022, and August 30, 2022, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The discovery associated with this case includes more than 600 pages of documents, photographs, investigative reports, and other materials. All of this discovery was either recently produced directly to counsel or else made available for inspection and copying.

///

b) The parties are negotiating a potential resolution to the matter which requires that they account, among other things, for certain sensitive medical information. Collecting and understanding this information requires additional time and investigative resources.

c) Counsel for the defendant desires additional time to consult with his client, review and copy discovery, collect and present information to the government regarding his client's medical condition, and otherwise prepare for trial.

d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 28, 2022, to August 30, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 21, 2022                                PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ SAM STEFANKI
                                                    SAM STEFANKI
                                                    Assistant United States Attorney

Dated: June 21, 2022                                /s/ PATRICK HANLY
                                                    PATRICK HANLY
                                                    Counsel for Defendant
                                                    GRAHAM HETTINGER

## ORDER

IT IS SO FOUND AND ORDERED this 22nd day of June, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE