PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GRAHAM HETTINGER,<br><br>Defendant. | CASE NO. 2:21-cr-00215-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: August 1, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Graham Hettinger, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 1, 2023.

2. By this stipulation, the defendant now moves to continue the status conference until **October 31, 2023, at 09:00 a.m.**, and to exclude time between August 1, 2023, and October 31, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes more than 600 pages of documents, photographs, investigative reports, and other materials. All of this discovery has either been produced directly to counsel or else made available for inspection and copying.

///

b) Counsel for the defendant desires additional time to consult with his client, analyze and discuss previously produced discovery with his client, collect and present information to the government regarding his client's medical condition, and otherwise prepare for trial. Counsel for the defendant is also unavailable for court appearances for numerous weeks in August and September.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for the defendant also believes that failure to grant the above-requested continuance would deny the defendant continuity of counsel.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 1, 2023, to October 31, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 28, 2023                    PHILLIP A. TALBERT
                                         United States Attorney


                                         /s/ SAM STEFANKI
                                         SAM STEFANKI
                                         Assistant United States Attorney


Dated:  July 28, 2023                    /s/ PATRICK HANLY
                                         PATRICK HANLY
                                         Counsel for Defendant
                                         GRAHAM HETTINGER


## ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 28, 2023                     /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE