PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00215-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SENTENCING; ORDER** |
| v. | |
| GRAHAM HETTINGER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 13, 2024. The defendant and his counsel recently met with the assigned probation officer and conducted a presentence interview. Following that interview, the assigned probation officer indicated that additional time is needed to conduct a thorough investigation of the case and make an informed sentencing recommendation to the Court.

2. By this stipulation, the defendant now moves to reset the matter for sentencing on April 23, 2024, and to reset the following deadlines:

   a) A draft Presentence Investigation Report ("PSR") shall be filed on or before **March 12, 2024**;

b) Any informal objections to the draft Presentence Investigation Report ("PSR") shall be submitted to the assigned probation officer and opposing counsel on or before March 26, 2024;

c) The final PSR shall be filed on or before **April 2, 2024**;

d) Any motions for correction of the PSR shall be filed on or before **April 9, 2024**;

e) Oppositions to any such motions for correction of the PSR shall be filed on or before **April 16, 2024**.

3. The government and the assigned probation officer have no objection to this schedule.

IT IS SO STIPULATED.

Dated: January 30, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: January 30, 2024

/s/ PATRICK HANLY
PATRICK HANLY
Counsel for Defendant
GRAHAM HETTINGER

### ORDER

The judgment and sentencing hearing in this matter is hereby **RESET** for **April 23, 2024, at 09:00 a.m.** The Court hereby **ADOPTS** the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: January 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE