Patrick K. Hanly (SBN 128521)
Telephone: (916) 873-6567
www.patrickhanlylaw.co

Attorney for Defendant
GRAHAM HETTINGER

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRAHAM WINTERS HETTINGER,<br><br>Defendant. | Case No: 2:21-cr-00215-JAM<br><br>**REQUEST AND ORDER RETURNING DEFENDANT'S PASSPORT (ECF No. 79)**<br><br>**Date: N/A**<br>**Time: N/A.**<br>**Courtroom: Honorable JOHN A. MENDEZ** |

Defendant **GRAHAM HETTINGER** hereby requests an **Order** from the Court returning his passport.

Hettinger was charged by Information on October 28, 2021, with violations of 21 U.S.C. Sections 846 and 841. ECF 33. He pleaded guilty on October 31, 2023. ECF 68. He was sentenced to time served and 36 months of supervised release on April 23, 2024, ECF 76. On December 1, 2025, his supervised release was terminated. ECF 78.

Defendant now seeks an Order from the Court returning his passport which is being held in the Clerk's Office. The U.S. Attorney and Probation were contacted about this request and have no objection

Dated: October 14, 2026,

Respectfully submitted,

/s/Patrick K. Hanly
Attorney for Defendant

## ORDER

**IT IS HEREBY ORDERED**, that the Clerk of the Court shall mail the United States passport of defendant Graham Winters Hettinger to him at his address in Texas as follows: 2806 Winter Lakes Missouri City, TX 77459.

Dated: October 16, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE